IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UDI #1, LLC,
an Illinois Limited Liability Co.,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
DEPARTMENT OF DEFENSE, and
TRICARE MANAGEMENT ACTIVITY,

    Defendants.          No. 11-cv-342-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is a joint stipulation for dismissal (Doc. 22) signed by all parties who have appeared, dismissing the case with prejudice, each party to bear its own costs. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court acknowledges the dismissal and the case is dismissed with prejudice, each party to bear its costs. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 3rd day of March, 2012.

David R. Herndon
2012.03.03
07:37:24 -06'00'

**Chief Judge**
**United States District Court**