IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UDI #1, LLC,
an Illinois Limited Liability Co.,

       Plaintiff,

v.

UNITED STATES OF AMERICA,
DEPARTMENT OF DEFENSE, and
TRICARE MANAGEMENT ACTIVITY,

       Defendants.　　　　　　　　No. 11-cv-342-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on stipulation of dismissal signed by the parties.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on March 3, 2012, this case is **DISMISSED** with prejudice. Each party shall bear its own costs.

                              NANCY J. ROSENSTENGEL,
                              CLERK OF COURT

                              BY:      */s/Sandy Pannier*
                                                     Deputy Clerk

Dated: March 5, 2012

                              David R. Herndon
                              2012.03.05
                              14:12:32 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT